In the Matter of the Claim of MORRIS L. LESNIK, Appellant, against NATIONAL CARLOADING CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued November 15, 1955; decided January 12, 1956.

*Peter Keber* for appellant.

*Morgan F. Bisselle* and *Warren C. Tucker* for National Car-loading Corporation and another, respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

PREMIER KNITTING Co., INC., Respondent, *v.* GEORGE RAPTIS YARNS, INC., Appellant.

Argued November 21, 1955; decided January 12, 1956.